### A10A1767. DUVALL v. THE STATE.
(722 SE2d 923)

BLACKWELL, Judge.
Our earlier decision in this case, *Duvall v. State*, 305 Ga. App. 545 (699 SE2d 761) (2010), was reversed by the Supreme Court of Georgia, *Duvall v. State*, 289 Ga. 540 (712 SE2d 850) (2011). We now vacate our earlier decision, and we adopt the opinion and decision of the Supreme Court as our own. We also adopt as our own that portion of Division 3 of our earlier decision in which we held that the admission of certain similar transaction evidence was error.[1] We reverse the judgment below and remand for a new trial, consistent with the opinion of the Supreme Court and with this opinion.

*Judgment reversed and case remanded. Barnes, P. J., and Dillard, J., concur.*

---

[1] The Supreme Court did not address the issues decided in Division 3 of our earlier decision.

DECIDED FEBRUARY 13, 2012.

*Teresa L. Smith, James C. Bonner, Jr.*, for appellant.
*W. Kendall Wynne, Jr., District Attorney, T. Buckley Levins, Assistant District Attorney*, for appellee.